QUIN DENVIR, Bar #49374
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700          **OK/HAV**

Attorney for Defendant
DIMITRI ALEXEEVICH BAGRAMYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 05-476-DFL |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME |
| v. ) | |
| DIMITRI ALEXEEVICH BAGRAMYAN, ) | Date: February 16, 2006<br>Time: 10:00 a.m.<br>Judge: David F. Levi |
| Defendant. ) | |

   DIMITRI ALEXEEVICH BAGRAMYAN, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, Robin Taylor, Assistant United States Attorney, hereby agree that the trial confirmation hearing set for December 15, 2005 and the jury trial set for January 9, 2006 be vacated and a status conference be set for February 16, 2006 at 10:00 a.m.  This continuance is requested because the defense counsel requires additional time to obtain discovery, continue our investigation, and to interview our client and other witnesses.

   The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable

1

time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).

The parties stipulate that this interest of justice outweighs the interest of the public and the defendant in a speedy trial, 18 U.S.C §3161(h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.

Accordingly, all counsel and Mr. Bagramyan agree that the time from December 15, 2005 through February 16, 2006 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §3161(h)(8)(B)(iv) and Local Code T4. [reasonable time to prepare].

DATED:   December 6, 2005

> Respectfully submitted,
> QUIN DENVIR
> Federal Defender
>
> /S/ Dennis S. Waks
> _____
> DENNIS S. WAKS
> Supervising Assistant Federal Defender
> Attorney for Defendant
> DIMITRI ALEXEEVICH BAGRAMYAN
>
> McGREGOR SCOTT
> United States Attorney

DATE:   December 6, 2005

> /S/ Dennis S. Waks for
> _____
> ROBIN TAYLOR
> Assistant United States Attorney

////
////
////
////

2

1 | **SO ORDERED.**
2 | Dated: 12/6/2005

_____
DAVID F. LEVI
United States District Judge