```
DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant                          OK/HAV
DIMITRI ALEXEEVICH BAGRAMYAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 05-476-DFL |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER TO EXTEND TIME |
| v. ) | |
| ) | Date: March 9, 2006 |
| DIMITRI ALEXEEVICH BAGRAMYAN, ) | Time: 10:00 a.m. |
| ) | Judge: David F. Levi |
| ) | |
| Defendant. ) | |
| _____) | |

   DIMITRI ALEXEEVICH BAGRAMYAN, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, Robin Taylor, Assistant United States Attorney, hereby agree that the status conference set for February 16, 2006 be vacated and a status conference/change of plea hearing be set for March 9, 2006 at 10:00 a.m.  This continuance is requested because the defense counsel requires additional time to review the proposed plea agreement, continue our investigation, and to interview our client and other witnesses.

   The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable

1

time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).

The parties stipulate that this interest of justice outweighs the interest of the public and the defendant in a speedy trial, 18 U.S.C §3161(h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.

Accordingly, all counsel and Mr. Bagramyan agree that the time from February 16, 2006 through March 9, 2006 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §3161(h)(8)(B)(iv) and Local Code T4. [reasonable time to prepare].

DATED:   February 15, 2006

```
                                        Respectfully submitted,
                                        DANIEL J. BRODERICK
                                        Acting Federal Defender

                                        /S/ Dennis S. Waks
                                        _____
                                        DENNIS S. WAKS
                                        Supervising Assistant Federal
                                        Defender
                                        Attorney for Defendant
                                        DIMITRI ALEXEEVICH BAGRAMYAN


                                        McGREGOR SCOTT
                                        United States Attorney
DATE:   February 15, 2006
                                        /S/ Dennis S. Waks for
                                        _____
                                        ROBIN TAYLOR
                                        Assistant United States Attorney
```

**SO ORDERED.**

Dated: 2/16/2006

```
                                        /s/ David F. Levi
                                        _____
                                        HON. DAVID F. LEVI
                                        United States District Court Judge
```