```
DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700                    OK/HAV

Attorney for Defendant
DIMITRI ALEXEEVICH BAGRAMYAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIMITRI ALEXEEVICH BAGRAMYAN, )<br>)<br>)<br>Defendant. )<br>_____) | Cr.S. 05-476-DFL<br><br>STIPULATION AND<br>ORDER TO EXTEND TIME<br><br>Date:  March 23, 2006<br>Time:  10:00 a.m.<br>Judge: David F. Levi |

　　　　DIMITRI ALEXEEVICH BAGRAMYAN, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, Christine Watson, Assistant United States Attorney, hereby agree that the status conference set for March 9, 2006 be vacated and a status conference/change of plea hearing be set for March 23, 2006 at 10:00 a.m.  This continuance is requested because the defense counsel requires additional time to review the proposed plea agreement, continue our investigation, and to interview our client and other witnesses.

　　　　The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable

1

time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).

The parties stipulate that this interest of justice outweighs the interest of the public and the defendant in a speedy trial, 18 U.S.C §3161(h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.

Accordingly, all counsel and Mr. Bagramyan agree that the time from March 9, 2006 through March 23, 2006 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §3161(h)(8)(B)(iv) and Local Code T4. [reasonable time to prepare].

DATED:  March 8, 2006

    Respectfully submitted,
    DANIEL J. BRODERICK
    Acting Federal Defender

    /S/ Dennis S. Waks
    _____
    DENNIS S. WAKS
    Supervising Assistant Federal Defender
    Attorney for Defendant
    DIMITRI ALEXEEVICH BAGRAMYAN

    McGREGOR SCOTT
    United States Attorney

DATE:  March 8, 2006
    /S/ Dennis S. Waks for
    _____
    CHRISTINE WATSON
    Assistant United States Attorney

////
////
////

**SO ORDERED.**

Dated: 3/9/2006

_____
DAVID F. LEVI
Chief United States District Judge