McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
CHRISTINE S. WATSON
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2782

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. 05-0476 DFL |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| DIMITRI ALEXEEVICH BAGRAMYAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Dimitri Alexeevich Bagramyan, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to 18 U.S.C. § 1029(c)(1)(C), defendant Dimitri Alexeevich Bagramyan's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. a black PMR600/TA32 credit card "skimming" device, bearing serial number TA05845;

   b. a Toshiba lap top computer used to store credit card numbers, bearing serial number 24338806K; and

   c. a Magellan Roadmate 760 GPS device, bearing serial

1

1  number 0102300738277.
2    2.  The above-listed property constitutes property that was
3 used or intended to be used to commit a violation of 18 U.S.C. §
4 1029(a)(2).
5    3.  Pursuant to Rule 32.2(b), the Attorney General (or a
6 designee) shall be authorized to seize the above-described property.
7 That the aforementioned forfeited property shall be seized and held
8 by the United States Secret Service, in its secure custody and
9 control.
10    4.  a.  Pursuant to 18 U.S.C. § 1029(c)(2) incorporating 21
11 U.S.C. § 853(n), and Local Rule 83-171, the United States forthwith
12 shall publish at least once for three successive weeks in the <u>Red
13 Bluff Daily News</u> (Tehama County), a newspaper of general circulation
14 located in the county in which the above-described property was
15 seized, notice of this Order, notice of the Attorney General's (or a
16 designee's) intent to dispose of the property in such manner as the
17 Attorney General may direct, and notice that any person, other than
18 the defendant, having or claiming a legal interest in the above-
19 listed property must file a petition with the Court within thirty
20 (30) days of the final publication of the notice or of receipt of
21 actual notice, whichever is earlier.
22    b.  This notice shall state that the petition shall be for
23 a hearing to adjudicate the validity of the petitioner's alleged
24 interest in the property, shall be signed by the petitioner under
25 penalty of perjury, and shall set forth the nature and extent of the
26 petitioner's right, title or interest in the forfeited property and
27 any additional facts supporting the petitioner's claim and the
28 relief sought.

1       c.  The United States may also, to the extent practicable,
2 provide direct written notice to any person known to have alleged an
3 interest in the property that is the subject of the Order of
4 Forfeiture, as a substitute for published notice as to those persons
5 so notified.
6     5.  If a petition is timely filed, upon adjudication of all
7 third-party interests, if any, this Court will enter a Final Order
8 of Forfeiture pursuant to 18 U.S.C. § 1029(c)(1)(C) in which all
9 interests will be addressed.
10     SO ORDERED this 9th day of May, 2006.

12                     /s/ David F. Levi
                        DAVID F. LEVI
13                     United States District Judge