McGREGOR W. SCOTT
United States Attorney
LAURA L. FERRIS
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. 05-0476 DFL |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| DIMITRI ALEXEEVICH BAGRAMYAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on May 10, 2006, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 1029(c)(1)(C) based upon the plea agreement entered into between plaintiff and defendant Dimitri Alexeevich Bagramyan forfeiting to the United States the following property:

        a.    a black PMR600/TA32 credit card "skimming" device, bearing serial number TA05845;

        b.    a Toshiba lap top computer used to store credit card numbers, bearing serial number 24338806K; and

        c.    a Magellan Roadmate 760 GPS device, bearing serial number 0102300738277.

AND WHEREAS, on November 7, 14, and 21, 2006, the United States published notice of the Court's Preliminary Order of Forfeiture in

1

1 the <u>Red Bluff Daily News</u> (Tehama County), a newspaper of general
2 circulation located in the county in which the subject property was
3 seized.  Said published notice advised all third parties of their
4 right to petition the court within thirty (30) days of the
5 publication date for a hearing to adjudicate the validity of their
6 alleged legal interest in the forfeited property;
7     AND WHEREAS, the Court has been advised that no third party has
8 filed a claim to the subject property, and the time for any person
9 or entity to file a claim has expired.
10     Accordingly, it is hereby ORDERED and ADJUDGED:
11     1.  A Final Order of Forfeiture shall be entered forfeiting to
12 the United States of America all right, title, and interest in the
13 above-listed property pursuant to 18 U.S.C. § 1029(c)(1)(C), to be
14 disposed of according to law, including all right, title, and
15 interest of Dimitri Alexeevich Bagramyan.
16     2.  All right, title, and interest in the above-listed property
17 shall vest solely in the United States of America.
18     3.  The United States Secret Service shall maintain custody of
19 and control over the subject property until it is disposed of
20 according to law.
21     SO ORDERED THIS 13th day of February, 2007.

/s/ David F. Levi
DAVID F. LEVI
Chief United States District Judge